**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION,<br><br>        Defendant._____/ | No. 07-04145 CW<br><br>ORDER ADDRESSING PLAINTIFF'S MOTION FOR CLARIFICATION AND REQUEST TO DELAY ELECTRONIC CASE FILING |

On August 30, 2007, Plaintiff Donna Hines filed a Motion for Clarification and Request to Delay Electronic Case Filing. Pursuant to the Electronic Court Filing Program (ECF), Pro se parties are **excluded** from the e-filing program and must file entirely in paper, unless otherwise ordered by the assigned judge; however, parties represented by counsel in such cases must file electronically and must serve paper copies of documents on the pro se party.  At such time as Plaintiff is able to meet the technical requirements needed to participate in ECF, Plaintiff may file a motion with the Court requesting permission to file electronically.

IT IS SO ORDERED.

9/17/07

Dated _____        _____
                                      CLAUDIA WILKEN
                                      United States District Judge

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

    Plaintiff,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

    Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Dated: September 17, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2