IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

       Plaintiff,

   v.

CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,

       Defendants.

                             /

No. C 07-4145 CW

ORDER RESCHEDULING DEADLINES AND VACATING HEARING

On this date, the Court issued an order directing Plaintiff Donna Hines to file an amended complaint by December 3, 2007. In light of the fact that Plaintiff has not registered an email address with the Court's Electronic Filing System, and thus may not receive notice of the order in time to comply with it, the Court hereby amends the order.

Plaintiff shall file her amended complaint by December 13, 2007. By December 20, 2007, Defendants shall inform the Court whether their pending motion to dismiss adequately responds to the allegations against them contained in the amended complaint. If not, they may withdraw their motion and file a new one by January 3, 2008. Such motion shall comply with the notice provisions of

the Local Rules.  The hearing on Defendants' motion to dismiss currently scheduled for December 13, 2007 is VACATED.  If not withdrawn, the motion will be taken under submission on the papers unless the Court directs otherwise.

    IT IS SO ORDERED.

Dated: 11/29/07

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

        Plaintiff,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christine G. Esperanza
Department of Justice
1515 Clay Street, Suite 2000
Oakland, CA 94612

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Vera Kazumi Kawamura
State of California-Attorney General
Dept. of Justice
P.O. Box 70550
1515 Clay Street, 20th Floor
Oakland, CA 94612

Dated: November 29, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3