IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

       Plaintiff,

  v.

CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,

       Defendants.
                                         /

No. C 07-4145 CW

ORDER QUASHING PLAINTIFF'S SUBPOENAS

    Plaintiff has served subpoenas on three individuals, commanding them to appear before the Court on December 13, 2007 at 2:00 p.m.[1]  The Court, on its own motion, QUASHES these subpoenas. No testimony, discovery or evidence is needed for the Court to rule on the pending motions.  Plaintiff is referred to the Court's Order Rescheduling Deadlines and Vacating Hearing, dated November 29, 2007, as a directive on how to proceed in this case.

    Plaintiff is advised that she is not an attorney admitted to practice in the Northern District of California, and thus is not an

---

[1] The hearings on Defendants' motion to dismiss and Plaintiff's motion to compel, previously scheduled for this date and time, have been vacated.  The Court has ordered that these motions will be taken under submission on the papers unless the Court indicates otherwise.

officer of the Court.  As such, she is not authorized to issue subpoenas pursuant to Rule 45.  If she wishes to serve a subpoena in connection with this action, she must obtain one from the clerk.  However, no subpoena may issue until the pending motions are decided and discovery is initiated.

    Plaintiff shall immediately serve a copy of this order on the subpoenaed individuals.  She shall also make every effort to contact them by telephone and inform them that they need not appear before the Court on December 13.

    IT IS SO ORDERED.

Dated: 12/11/07

_____
CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

        Plaintiff,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Dated: December 11, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3