IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

    Plaintiff,

  v.

CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,

    Defendants.
_____/

No. C 07-4145 CW

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

    Plaintiff moves to compel Defendants to respond to her interrogatories and document requests, which she served prior to the November 13, 2007 deadline for the parties to exchange initial disclosures. Defendants subsequently produced over 3,000 pages of documents in connection with their initial disclosures.

    Plaintiff's discovery requests are premature, and her motion to compel is DENIED. Plaintiff may not serve any further discovery requests until the Court has ruled on Defendants' pending motion to dismiss. If the Court denies that motion in whole or in part, the Court will hold a case management conference to set a discovery schedule.

    IT IS SO ORDERED.

Dated: 12/18/07

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

        Plaintiff,

  v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christine G. Esperanza
Department of Justice
1515 Clay Street, Suite 2000
Oakland, CA 94612

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Vera Kazumi Kawamura
State of California-Attorney General
Dept. of Justice
P.O. Box 70550
1515 Clay Street, 20th Floor
Oakland, CA 94612

Dated: December 18, 2007

                                    Richard W. Wieking, Clerk
                                    By: Sheilah Cahill, Deputy Clerk