IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

      Plaintiff,

  v.

CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,

      Defendants.
_____/

No. C 07-4145 CW

ORDER QUASHING PLAINTIFF'S SUBPOENAS

    Defendants have advised the Court that Plaintiff has served additional subpoenas on non-parties in connection with this litigation. All such subpoenas, whether seeking testimony or the production of documents, are hereby QUASHED. Plaintiff may not serve any further subpoenas or discovery requests until the Court has ruled on Defendants' motion to dismiss the amended complaint, set to be filed on January 3, 2008. If the Court denies that motion in whole or in part, the Court will hold a case management conference to set a discovery schedule. After that conference, Plaintiff will have the opportunity to serve document requests comporting with the Federal Rules of Civil Procedure.

Plaintiff shall serve a copy of this order on the subpoenaed individuals forthwith.

IT IS SO ORDERED.

Dated: 12/21/07

_____
CLAUDIA WILKEN
United States District Judge

| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA |

DONNA HINES,

        Plaintiff,

  v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.
                                         /

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christine G. Esperanza
Department of Justice
1515 Clay Street, Suite 2000
Oakland, CA 94612

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Vera Kazumi Kawamura
State of California-Attorney General
Dept. of Justice
P.O. Box 70550
1515 Clay Street, 20th Floor
Oakland, CA 94612

Dated: December 21, 2007

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk