1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  FIEL D. TIGNO
   Supervising Deputy Attorney General
3  DAVID A. CARRILLO, State Bar No. 177856
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, CA  94612-0550
    Telephone:  (510) 622-2215
6   Fax:  (510) 622-2121
    e-mail: davida.carrillo@doj.ca.gov
7

8  Attorneys for defendant
   California Public Utilities Commission
9

FILED
FEB 24 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

| 14 | DONNA HINES, | Case No.: **C 07-4145 CW** |
|---|---|---|
| 15 | Plaintiff, | NOTICE OF AND REQUEST TO SUBSTITUTE COUNSEL |
| 16 | v. | [~~PROPOSED~~ ORDER] |
| 17 | CALIFORNIA PUBLIC UTILITIES COMMISSION, AROCLES AGUILAR, | [ND CA Rule 11–5(a)] |
| 18 | DANA APPLING, ROBERT WULLENJOHN, CALIFORNIA STATE | |
| 19 | PERSONNEL BOARD, GREGORY BROWN, FLOYD SHIMOMURA AND | |
| 20 | DOES 1-30, | |
| 21 | Defendants. | Action Filed:   August 13, 2007 |

22  \\
23  \\
24  \\
25  \\
26  \\
27  \\
28  \\

TO THE HONORABLE COURT AND COUNSEL FOR ALL PARTIES:

Under Northern District LR 11-5(a), defendant California Public Utilities Commission hereby requests an order permitting withdrawal of its present counsel, the California Attorney General, and permitting substitution of new counsel in this action, Ruiz & Sperow LLP, Watergate Tower III, 2000 Powell Street, Suite 1655, Emeryville, CA 94608.

On behalf of defendant California Public Utilities Commission, I agree to this substitution of counsel and request that the Court approve it forthwith.

Dated: February 19, 2009

_____
Arocles Aguilar, General Counsel
California Public Utilities Commission

For present counsel the California Attorney General, I respectfully request that this office be relieved as counsel of record for defendant California Public Utilities Commission.

Dated: February 20, 2009

_____
DAVID A. CARRILLO
Deputy Attorney General

For Ruiz & Sperow LLP, we the undersigned respectfully request to be substituted as counsel of record for defendant California Public Utilities Commission.

Dated: February 19, 2009

_____
Marion McWilliams, Ruiz+Sperow LLP

_____
David Lyon, Ruiz+Sperow LLP

Good cause appearing, it is so ordered.

Dated: 2/24, 2009

_____
CLAUDIA WILKEN
United States District Judge

90106817.wpd

---

Substitution of counsel                                                    Case no. C 07-4145 CW