IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
DONNA HINES,                              No. C 07-4145 CW

          Plaintiff,
                                          ORDER DENYING
     v.                                   REQUEST FOR RULE 54
                                          JUDGMENT
CALIFORNIA PUBLIC UTILITIES
COMMISSION, et al.,

          Defendants.
                                      /
```

Defendants California State Personnel Board, Gregory Brown and Floyd Shimomura request that the Court enter partial judgment against Plaintiff on her claims against them.  However, partial judgment may only be entered if the Court "expressly determines that there is no just reason for delay."  Fed. R. Civ. P. 54(b). Here, there is a just reason for delay.  Although Plaintiff's claims against the moving Defendants have been dismissed with prejudice, any appeal taken against these Defendants would raise similar, if not identical, issues as an appeal taken against the other Defendants.  Entering partial judgment would potentially present the Ninth Circuit with two overlapping appeals in the same

1   case and would not further the efficient resolution of this
2   litigation.  Accordingly, the request (Docket No. 132) is DENIED.
3       IT IS SO ORDERED.

5   Dated: 3/31/09

                       CLAUDIA WILKEN
                       United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

        Plaintiff,

  v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna  Hines
268  Bush Street, #3204
San Francisco,  CA 94104

Dated: March 31, 2009

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk