IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-04145 CW<br><br>ORDER TAKING MOTION<br>UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's Administrative Motion to File Third Amended Complaint of Discrimination and Other Unlawful Employment Practices under submission on the papers. Opposition will be due April 23, 2009, and any reply will be due April 30, 2009.

    IT IS SO ORDERED.

Dated: 4/16/09

                                      CLAUDIA WILKEN<br>
                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

        Plaintiff,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Dated: April 16, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk