IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES, | No. C 07-4145 CW |
|     Plaintiff, | |
|   v. | ORDER CONCERNING SERVICE OF COURT DOCUMENTS ON PLAINTIFF |
| CALIFORNIA PUBLIC UTILITIES COMMISSION, et al., | |
|     Defendants. | |

    The Court hereby reminds Defendants that Plaintiff is not a registered ECF user, and thus does not receive electronic notice of or access to court filings.  Any party who files a document via ECF must serve that document on Plaintiff in accordance with the Federal Rules of Civil Procedure, and must append a certificate of service to the document.  <u>See generally</u> Fed. R. Civ. P. 5.

    IT IS SO ORDERED.

Dated: 4/16/09

                                    CLAUDIA WILKEN
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

    Plaintiff,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

    Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Dated: April 16, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2