UNITED STATES DISTRICT COURT

Northern District of California

DONNA HINES,
        Plaintiff in Propia Persona,

   v.

CALIFORNIA PUBLIC UTILITIES COMMISSION,
        Defendant(s).

_____/

No. C07-4145 CW

**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM**

Plaintiff in this case has applied to participate in the court's Assisted Settlement Conference Program. Based on the court's review of plaintiff's Application for Assisted Settlement Conference, Declaration Applying for Assisted Settlement Conference and additional application materials, and plaintiff's acknowledgment that she has reviewed the description of the Assisted Settlement Conference Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Settlement Conference counsel,

IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Settlement Conference Program;

2. That Special Settlement Conference Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and Settlement Conference of this case; and

////

3.  That the Settlement Conference shall be completed within ninety (90) days of the date of this order.

IT IS SO ORDERED.

4/23/09 

Date

Claudia Wilken
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES, | Case Number: CV07-04145 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIFORNIA PUBLIC UTILITIES COMMISSION et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Robert Mezzetti
Mezzetti Law Firm, Inc.
31 East Julian Street
San Jose, CA 95112

Dated: April 23, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3