UNITED STATES DISTRICT COURT

Northern District of California

DONNA HINES,
    Plaintiff in Propia Persona,

  v.

CALIFORNIA PUBLIC UTILITIES COMMISSION,
    Defendant(s).
_____/

No. C 07-4145 CW

**ORDER APPOINTING SPECIAL ASSISTED SETTLEMENT CONFERENCE COUNSEL**

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and plaintiff having requested and being in need of counsel to assist him or her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing plaintiff in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

Robert Mezzetti

Mezzetti Law Firm, Inc.

31 East Julian Street

San Jose, CA 95112

Phone: 408-279-8400  Fax: 408-279-8448

rob@mezzettilaw.com

is appointed as Special Assisted Settlement Conference Counsel.  This appointment shall be pursuant

to the terms of the Application and Declaration of Plaintiff to Participate in the Assisted Settlement

Conference Program. This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities agreed upon by the parties and the magistrate judge conducting the settlement conference, unless terminated earlier by the court.

Special Assisted Settlement Conference Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities. The court shall then issue an order relieving the Special Settlement Conference Counsel from his limited representation of the plaintiff. Thereafter, the attorney who has served as Special Settlement Conference Counsel will only be permitted to represent the plaintiff upon order of the court if there is a signed written agreement under which the attorney agrees to provide such legal services.

IT IS SO ORDERED.

4/23/09

Date

Claudia Wilken
United States District Judge

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Order Appointing Counsel.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

        Plaintiff,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Robert Mezzetta
Mezzetti Law Firm, Inc.
31 East Julian Street
San Jose, CA 95112

Dated: April 23, 2009

                    Richard W. Wieking, Clerk
                    By: Sheilah Cahill, Deputy Clerk