IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES, | No. C 07-4145 CW |
| Plaintiff, | |
| v. | ORDER DIRECTING DEFENDANT TO FILE AN OPPOSITION |
| CALIFORNIA PUBLIC UTILITIES COMMISSION, | |
| Defendant. | |

Defendant shall file an opposition to Plaintiff's motion to compel by June 15, 2009.  Any reply must be filed by June 19, 2009.  The Court will take the motion under submission on the papers.

IT IS SO ORDERED.

Dated: 6/9/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

        Plaintiff,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Dated: June 9, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2