UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES, | No. C-07-4145 CW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S REQUEST RE ORAL DEPOSITION** |
| CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*, | **(Docket No. 203)** |
| Defendants. | |
| _____/ | |

     Plaintiff has filed a document with the Court captioned "Plaintiff's Request Regarding Oral Deposition." Based on the Court's review of the document, it does not appear that Plaintiff at this time is requesting any relief from the Court with respect to her deposition which was noticed by Defendant. To the extent Plaintiff is asking for any relief, that request is denied without prejudice because it does not appear that Plaintiff has met and conferred with Defendant about the issues raised in her filing. The Court therefore orders the parties to meet and confer about the issues raised in Plaintiff's filing. If the issues are not resolved during the meet and confer, then the parties shall file a joint letter about any remaining disputes no later than December 1, 2009.

     IT IS SO ORDERED.

Dated: December 1, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-07-4145 CW (EMC)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Donna Hines
268 Bush Street, #3204
San Francisco, CA  94104
415-205-3377

Dated:  December 1, 2009                   RICHARD W. WIEKING, CLERK

                                                  By: _____/s/_____
                                                      Leni Doyle
                                                      Deputy Clerk