UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES, | No. C-07-4145 CW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE PARTIES' STATUS REPORTS OF DECEMBER 11, 2009** |
| CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*, | |
| Defendants. | |
| _____/ | |

Previously, Plaintiff submitted filings on November 25 and December 1, 2009, regarding her deposition. *See* Docket Nos. 203, 206. The Court ordered the parties to meet and confer on the issues raised in Plaintiff's filings. *See* Docket Nos. 205, 214. The Court also instructed the parties to file a joint letter if all disputes were not resolved in the meet and confer.

The parties did not file a joint letter as ordered by the Court. Instead, they provided separate status reports. Those reports reflect that there is no issue in need of judicial resolution at this time. Accordingly, the Court need not make any rulings with respect to Plaintiff's submissions of November 25 and December 1.

As a final point, the Court advises the parties that, in the future, it shall expect strict compliance with its orders. Thus, if a joint submission is required, then a joint submission -- and not separate submissions -- must be provided, at least absent a showing of good cause. Here, the reason tendered by Plaintiff for not making a joint submission is not justified. A failure to check the mail

for several days is not enough to establish good cause. Moreover, even if Plaintiff had not seen the Court's order of December 4, 2009, the Court's order of December 1, 2009, clearly required a joint submission. Failure to comply may result in sanctions.

IT IS SO ORDERED.

Dated: December 21, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES, | No. C-07-4145 CW (EMC) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*, | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Donna Hines
268 Bush Street, #3204
San Francisco, CA  94104
415-205-3377

Dated:  December 21, 2009          RICHARD W. WIEKING, CLERK

By:  _____/s/_____
     Leni Doyle
     Deputy Clerk