UNITED STATES DISTRICT COURT

Northern District of California

DONNA HINES,
    Plaintiff in Propia Persona,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,
    Defendants.
_____/

No. C 07-4145 CW

**ORDER TERMINATING ASSISTED SETTLEMENT CONFERENCE**

The above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by the Pro Se Plaintiff, special settlement conference counsel was designated to educate and assist the Pro Se Plaintiff in preparation for, participation in, and follow up to a settlement conference in this case.

The settlement conference has concluded and no further session or follow-up is contemplated. Accordingly, the court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of settlement conference counsel in this case.

The court extends its thanks to the settlement conference counsel for his efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern District of California.

IT IS SO ORDERED.

12/22/09
_____
Date

*Claudia Wilken*
_____
United States District Judge
Claudia Wilken

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

        Plaintiff,

v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Robert Louis Mezzetti
Special Assisted Settlement Conference Counsel
Mezzeti Law Firm Inc
31 East Julian Street
San Jose, CA 95112

Dated: December 22, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2