**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES, | No. C-07-4145 CW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE DISCOVERY DISPUTE RE NEW INTERROGATORIES AND DOCUMENT REQUESTS** |
| CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*, | **(Docket Nos. 344, 345)** |
| Defendants. | |
| _____/ | |

Previously, this Court set a fact discovery deadline of April 30, 2010. *See* Docket No. 321 (order, filed on 4/2/2010). On that date, Plaintiff propounded 18 new interrogatories and 7 new document requests.[1] The Court deems this new discovery untimely. Under Civil Local Rule 26-2, "[d]iscovery requests that call for responses or depositions after the applicable discovery cut-off are not enforceable, except by order of the Court for good cause shown." Civ. L.R. 26-2. Plaintiff has made no showing of good cause. Plaintiff could easily have asked for the requested discovery well in advance of April 30. Moreover, the discovery sought by Plaintiff does not appear to be critical to her case. Indeed, the Court has already ordered Defendant to produce the critical discovery -- *i.e.*, the information related to the successful candidates for the positions for which Plaintiff applied.

///

///

///

---

[1] Some of these document requests are actually interrogatories since they ask Defendant to provide a description and not just to produce documents.

1   Accordingly, Plaintiff's request that the Court compel Defendant to respond to the discovery
2   is hereby **DENIED**.

3

4   IT IS SO ORDERED.

5

6   Dated: May 20, 2010

7

8   _____
    EDWARD M. CHEN
    United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES, | No. C-07-4145 CW (EMC) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*, | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Donna Hines
268 Bush Street, #3204
San Francisco, CA  94104
415-205-3377

Dated:  May 20, 2010                         RICHARD W. WIEKING, CLERK


                                             By:    /s/ Leni Doyle
                                                    Leni Doyle
                                                    Deputy Clerk