UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

          Plaintiff,

    v.

CALIFORNIA   PUBLIC   UTILITIES
COMMISSION,

          Defendant.

_____/

No. C10-2813 EMC

**SUA SPONTE JUDICIAL REFERRAL FOR
PURPOSES OF DETERMINING
RELATIONSHIP OF CASES**

      Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Claudia Wilken to determine whether it is related to *Hines v. California Public Utilities Commission, et al.,* Civil Case No. C07-4145 CW.

      IT IS SO ORDERED.

Dated: July 27, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

cc: Judge Claudia Wilken