IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HINES,<br><br>       Plaintiff,<br><br>  v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, AROCLES AGUILAR, DANA S. APPLING, ROBERT J. WULLENJOHN, STATE PERSONNEL BOARD, GREGORY W. BROWN and FLOYD D. SHIMOMURA,<br><br>       Defendants.<br>_____/ | No. C 07-04145 CW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S SEPTEMBER 10, 2010 ORDER ON COSTS<br>(Docket No. 412) |

    On September 10, 2010, the Court denied Plaintiff Donna Hines's motion to stay judgment pending appeal and directed her to remit $3,175.80 to Defendant California Public Utilities Commission (CPUC) for that agency's costs in this action.  The Court instructed Plaintiff that, in the alternative, she could post a supersedeas bond for that amount.  Plaintiff now asks the Court to reconsider its order, citing her "unsuccessful efforts" to obtain a bond.  She includes emails from her contacts with two bond agencies as evidence of her attempts.

    Although Plaintiff has not found a bonding agency to her satisfaction, this does not warrant dispensing with the requirement that she either pay the CPUC's costs or post a supersedeas bond. Accordingly, Plaintiff's motion is DENIED.  Within twenty-one days of the date of this Order, Plaintiff shall remit $3,175.80 to the

1  CPUC or, in the alternative, post a supersedeas bond for this
2  amount.
3         IT IS SO ORDERED.
4
5  Dated: 11/29/2010                  _____
                                      CLAUDIA WILKEN
6                                     United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONNA HINES,

        Plaintiff,

  v.

CALIFORNIA PUBLIC UTILITIES COMMISSION et al,

        Defendant.

Case Number: CV07-04145 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donna Hines
268 Bush Street, #3204
San Francisco, CA 94104

Dated: November 29, 2010

                          Richard W. Wieking, Clerk
                          By: Nikki Riley, Deputy Clerk